IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY JEROME WALKER

    Petitioner,

vs.                                    Case No.: 5:15cv26/RV/CAS

FLORIDA COMMISSION ON
OFFENDER REVIEW,

    Respondent.
_____/

## O R D E R

This cause comes for consideration on the magistrate judge's Report and Recommendation (Report) dated April 10, 2015 (doc. 4). Plaintiff has been furnished with a copy of the Report and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report, and any timely filed objections thereto, I have determined that the Report should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** without prejudice.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 29th day of May 2015.

                                              /s/ Roger Vinson
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**